MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY NELSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security[1], )<br>)<br>    Defendant. )<br>_____) | CIVIL NO.: 4:13-cv-01872-DMR<br><br>EX PARTE MOTION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER |

    Defendant, through her undersigned attorney, moves for a 30-day extension of time up to and including October 18, 2013, in which to respond to Plaintiff's Complaint. Defendant needs the additional time to produce the electronic Certified Administrative Record which will be utilized by both parties in this case. Defendant attempted to contact Plaintiff, proceeding pro se, by telephone, but was unable to reach her as her telephone number has been disconnected.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: September 17, 2013

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: _/s/ Lynn M. Harada_
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

The court construes Defendant's ex parte motion as a motion for administrative relief pursuant to Local Rule 7-11.  No opposition having been filed, good cause appearing, Defendant's motion is GRANTED.

Dated: Sept. 23, 2013

_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
Judge Donna M. Ryu

Motion for Ext. and Proposed Order; 4:13-cv-01872-DMR     2